UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  v.

**SISAYEHITICHA DINSSA**

    **Defendant.**

                                              /

**CRIMINAL ACTION
NO. 06-30512**

**HON. PAUL D. BORMAN**

## ORDER GRANTING DETENTION

The government, having appealed the Magistrate Judge's Order setting bond, a hearing having been held on November 20, 2006; oral argument having been heard, and the court being otherwise fully informed in the premises,

**IT IS ORDERED**, for the reasons set forth more fully on the record, the defendant is remanded to the custody of the United States Marshal for detention pursuant to 18 USC § 3142 *et. seq.*

                                             **s/Paul D. Borman**
                                             **PAUL D. BORMAN**
                                             **United States District Judge**

Dated: 11/20/06